COURTS/USDC-PA-W
17 S PARK ROW RM A150
ERIE, PA 16501
(814) 464-9600

SALE

MID: 000025548693
TID: 008
Batch #: 160001          REF#: 00000061
06/08/20                 RRN: 250100001
APPR CODE: 149389              15:24:24
VISA
************8752                    Chip
                                    **/**

AMOUNT          $400.00

APPROVED

SIGNATURE NOT REQUIRED

US DEBIT
AID: A0000000980840
TVR: 80 80 08 80 00
TSI: 68 00

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

20-CV-142