IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY PAUL DABROWSKI, JR., | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CA. # l:20 - cv - 142 |
| | : | |
| OFFICER JOSHUA ALLISON and CITY | : | |
| OF ERIE POLICE DEPARMENT, | : | |
| Defendants | : | |

## MOTION TO DISMISS COMPLAINT

AND NOW, come defendants, by and through their attorney, Catherine Doyle, and files this Motion to Dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) as follows:

1. Plaintiff instituted this lawsuit against Officer Joshua Allison and the City of Erie Police Department on or about June 8, 2020.

2. Plaintiff's claims arise out of an incident which occurred on or about July 8, 2018.

3. On July 8, 2018, Plaintiff called the Erie Police Department to report a friend's stolen vehicle.

4. The investigating officers determined that the vehicle was not stolen.

5. Plaintiff appeared intoxicated and argumentative. Plaintiff was asked to leave. He began to walk away but then turned around and continue to argue and be disruptive. Ex. 1, Police Criminal Complaint, pgs. 9 - 11.

6. Plaintiff alleges he made the following comment, "I called to report a stolen vehicle. If you were doing your jobs you would realize the vehicle is stolen. I'll never call the police for anything again." See Complaint, page 5.

7. In his Complaint, Plaintiff alleges that he was arrested and "punched" in the face by one officer and then kicked in the rib cage by a seventh officer. See Complaint, page 4.

8. As a result of this incident, Plaintiff plead guilty to use/possession of drug paraphernalia. Ex. 2, Criminal Docket Sheet.

9. In his Complaint, Plaintiff alleges that Officer Allison violated his First, Fourth, Eighth and Fourteenth Amendment rights.

10. Plaintiff has also included the City of Erie Police Department as a Defendant in this matter but has failed to assert a cause of action against the City of Erie Police Department.

11. Officer Allison and the City of Erie Police Department now file this Motion to Dismiss and Brief in Support as Plaintiff has failed to set forth a viable First Amendment retaliation claim and any claim against the City of Erie Police Department.

WHEREFORE, Defendants, Officer Joshua Allison and the City of Erie Police Department respectfully request that this Honorable Court GRANT their Motion to Dismiss the Complaint.

        Respectfully submitted,

        /s/ Catherine M. Doyle
        Catherine M. Doyle, Esquire
        Deputy City Solicitor
        I.D. # 81743
        626 State Street, Room 505
        Erie, PA 16501
        814/870-1230
        Fax:    814/455-9438
        E-mail: cdoyle@erie.pa.us
        (Attorney for Defendants,
        Joshua Allison and the City of Erie
        Police Department