



Anthony Paul Dabrowski, Sr.
1043 North Broad Street
Ridgway, PA 15853

Clerk's Office
United States District Court
700 Grant Street, Room 3110
Pittsburgh, PA 15219