# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY PAUL DABROWSKI, JR. ) | | |
| PRO SE ) | | |
| 1043 North Broad Street ) | | |
| Ridgway, Pennsylvania 15853 ) | | |
| 814/737-7691 ) | | |
| E-mail: TJ92285@gmail.com ) | | |
| ) | | |
| Plaintiff, ) | Civil Action No. 20-142E | |
| ) | | |
| v. ) | Judge Cathy Bissoon | |
| ) | | |
| Catherine M. Doyle, Esquire ) | | |
| Deputy City Solicitor ) | | |
| I.D. # 81743 ) | | |
| 626 State Street, Room 505 ) | | |
| Erie, PA 16501 ) | | |
| 814/870-1230 ) | | |
| E-mail: cdoyle@erie.pa.us ) | | |
| (Attorney for OFFICER ALLISON) ) | | |
| ) | | |
| Defendant. ) | | |

## MOTION TO REQUEST COUNSEL

NOW COMES, I, Anthony Paul Dabrowski, Jr., with a purpose to request from this Honorable Court to confer to *Pro Bono* representation by and through the Pro Se Pro Bono ADR Program. I am doing so in reference to case number 1:20-cv-00142-CB, Dabrowski v. Allison. I understand that this Honorable Court concludes the selection of such representation and that this representation is for ADR only.

Sincerely,

/s/ Anthony Paul Dabrowski, Jr.
Anthony Paul Dabrowski, Jr., PRO SE

```
ANTHONY PAUL DABROWSKI, JR. PRO SE )
        Plaintiff.                 )
                                   )
        v.                         )        Civil Action 1:20-cv-00142-CB
                                   )
                                   )        Judge Cathy Bissoon
OFFICER JOSHUA ALLISON             )
        Defendant                  )
```

**Certificate of Service**

I, Anthony Paul Dabrowski, Jr., certify that on April 25, 2022 an electronic copy of this <u>Motion to Request Counsel</u> was served before this Honorable Court and the Defendant to be filed electronically with this Honorable Court for the Western District of Pennsylvania.

    Catherine M. Doyle, Esquire
    Deputy CIty Solicitor
    626 State Street, Room 505
    Erie, PA 16501
    814/870-1230
    E-mail: cdoyle@erie.pa.us
    (Attorney for Officer Allison)

    Clerk's Office
    United States District Court
    700 Grant Street, Rm. 3110
    Pittsburgh, PA 15219

    Sincerely,
    *[signature]*
    <u>/s/ Anthony Paul Dabrowski, Jr.</u>
    Anthony Paul Dabrowski, Jr. PRO SE
    1043 North Broad Street
    Ridgway, PA 15853
    814/737-7691
    Email: TJ92285@gmail.com