IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RON ALLEN HUNTER, Jr.., Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION No. 22-131  Erie |
| OFFICER ARTHUR RHOADES, Defendant. | : : : | |

## MOTION TO WITHDRAW APPEARANCE
## AND SUBSTITUTE COUNSEL

AND NOW, comes the undersigned, Catherine M. Doyle, counsel of record for Defendant Arthur Rhoades and respectfully requests this Honorable Court, pursuant to Local Rule 83.2 (C) 4, for leave to withdraw as counsel of record for Defendant Rhoades stating as follows:

1.  The undersigned is counsel of record for Officer Arthur Rhoades, a City of Erie employee.

2.  As of December 2, 2022, the undersigned has resigned from the office of the City Solicitor.

3.  Ed Betza, Solicitor for the City of Erie, will be entering his appearance as counsel for Defendant.

4.  The undersigned believes that her withdrawal of appearance will not delay this matter or prejudice Defendant.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant leave to withdraw her appearance and substitute Ed Betza, Esquire as counsel of record for Defendant in this matter.

/s/ Catherine M. Doyle
Catherine M. Doyle, Esquire
Deputy City Solicitor
I.D. # 81743
626 State Street, Room 505
Erie, PA 16501
814/870-1230
E-mail: cdoyle@erie.pa.us
(Attorney for Officer Rhoades

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RON ALLEN HUNTER, Jr., | : | |
|    Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION No. 22-131   Erie |
| v. | : | |
| | : | |
| | : | |
| OFFICER ARTHUR RHOADES, | : | |
|    Defendant | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of December, 2022, a copy of Motion to Withdraw as Counsel and Proposed Order were filed electronically with the Court in the above matter on behalf of the Defendant, Officer Arthur Rhoades, and was served upon Plaintiff by U.S. Mail, postage prepaid as follows:

Ron Allen Hunter, Jr.
ID # 30013132  Inmate # 31254
1618 Ash Street, Erie County Prison
Erie, PA 16503

                                                       Respectfully submitted,
                                                     /s/ Catherine M. Doyle
                                                     Catherine M. Doyle
                                                     Deputy City Solicitor
                                                     I.D. # 81743
                                                     626 State Street, Room 505
                                                     Erie, PA 16501
                                                     814/870-1230
                                                     Fax:   814/455-9438
                                                     E-mail: cdoyle@erie.pa.us
                                                     (Attorney for Defendant)