IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY PAUL DABROWSKI, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 1:20-CV-142-CB |
| | ) | |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| OFFICER JOSHUA ALLISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**<u>ORDER</u>**

AND NOW, this ___ day of January, 2023, upon consideration of the Motion to Withdraw the Appearance of Jonathan J. McCreary, it is ORDERED that the motion is GRANTED. Jonathan J. McCreary will no longer be counsel of record in this matter.

_____J.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                            Respectfully submitted,

                                                            *Jonathan J. McCreary*
                                                            *Counsel for Plaintiff*