IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY PAUL DABROWSKI, JR.,      :
      Plaintiff,      :
                                   :

           v.      :      CA. # 1:20 - cv - 142
                                   :

OFFICER JOSHUA ALLISON , OFFICER   :
ANTHONY FATICA, OFFICER           :
WILLIAM GOODZICH, OFFICER         :
JUSTIN GRIFFITH and OFFICER  JERRY :
STEVENS,                          :
        Defendants.      :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of October, 2023, a copy of Defendants' Answer to First Amended Complaint with Affirmative Defenses were filed electronically with the Court in the above matter on behalf of all Defendants, and was served upon Plaintiff's Counsel of Record electronically and by U.S. Mail, postage prepaid as follows:

        Louis J. Kroeck, IV, Esq.
        LJK Law
        1200 Sarah Street
        Pittsburgh, PA 15203
        Phone: 814/712-7605
        Email: lou@ljk-law.com

                Respectfully submitted,

                /s/ Jason A. Checque
                Jason A. Checque
                Deputy City Solicitor  I.D. # 94839
                I.D. # 94839
                626 State Street, Room 505
                Erie, PA 16501  814/870-1230
                Fax:    814/455-9438
                E-mail: jchecque@erie.pa.us