IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY PAUL DABROWSKI | CIVIL ACTION |
| Plaintiff | CASE NO. 1:20-CV-00142 |
| v. | |
| OFFICER JOSHUA ALLISON,<br>OFFICER ANTHONY FATICA,<br>OFFICER WILLIAM GOODZICH,<br>OFFICER JUSTIN GRIFFITH,<br>OFFICER JERRY STEVENS | |
| Defendants | JURY TRIAL DEMANDED |

## VOLUNTARY DISMISSAL OF ACTION, PURSUANT TO F.R.C.P. 41(a)

The parties, by and through their respective counsel of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with parties bearing their own costs and attorneys' fees, it is requested that the Clerk mark the file as closed.

Respectfully submitted,

LJK Law, PLLC

By: _____
Louis Kroeck, Esquire
1200 Sarah Street
Pittsburgh, PA 15203

City of Erie, Deputy Solicitor

By: _____
Jason Checque Esquire
626 State Street
Erie, PA 16501

IT IS SO ORDERED:

By: _____
Judge Cathy Bissoon

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY PAUL DABROWSKI | CIVIL ACTION |
| Plaintiff | CASE NO.  1:20-CV-00142 |
| v. | |
| OFFICER JOSHUA ALLISON, OFFICER ANTHONY FATICA, OFFICER WILLIAM GOODZICH, OFFICER JUSTIN GRIFFITH, OFFICER JERRY STEVENS | |
| Defendants | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Voluntary Dismissal of Action was duly served on all counsel of record and unrepresented parties on the __13__ day of ~~October~~ November 2024, electronically or by mailing same to them at their designated offices by first class United States mail, postage prepaid.

Louis Kroeck, Esquire
LJK LAW, PLLC
1200 Sarah Street
Pittsburgh, PA  15203
lkroeck@gmail.com

**City of Erie**

By _____
Jason Checque